# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 557 MAL 2015

v. : Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

$1,866.00 U.S. CURRENCY :

PETITION OF: SEAN TAPP :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.